**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2069

CHAHDAD C. BOLOURI,

                Plaintiff – Appellant,

        v.

BANK OF AMERICA, N.A.; JPMORGAN CHASE BANK, N.A. as acquirer
of certain assets and liabilities of Washington Mutual Bank
from the Federal Deposit Insurance Corporation, as Receiver
for Washington Mutual Bank; PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA,

                Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Liam O'Grady, District
Judge.  (1:10-cv-00225-LO-TCB)

Submitted:  August 1, 2011          Decided:  August 11, 2011

Before WILKINSON, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Edwin Brown, BROWN, BROWN & BROWN, PC, Alexandria,
Virginia, for Appellant.  John C. Lynch, TROUTMAN SANDERS, LLP,
Virginia Beach, Virginia; Jonathan S. Hubbard, TROUTMAN SANDERS,
LLP, Richmond, Virginia; Bizhan Beiramee, RATHBUN & GOLDBERG,
PC, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chahdad C. Bolouri appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss his state law claims for declaratory judgment, quiet title, and negligence, and his claim under the Fair Debt Collection Practices Act, 15 U.S.C.A. §§ 1692-1692p (West 2009 & Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Bolouri v. Bank of America, N.A., No. 1:10-cv-00225-LO-TCB (E.D. Va. August 24, 2010); see also Horvath v. Bank of N.Y., N.A., 641 F.3d 617 (4th Cir. 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED